**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Gordii Grigorii, | No. CV-26-01852-PHX-KML |
| Petitioner, | **ORDER** |
| v. | |
| Unknown Party, et al., | |
| Respondents. | |

On May 8, 2026, Magistrate Judge Camille D. Bibles issued a Report and Recommendation recommending the court order respondents to provide petitioner a "prompt and individualized bond hearing, at which Respondents must justify his continued detention by a showing of clear and convincing evidence that Petitioner would likely flee or pose a danger to the community if released." (Doc. 13 at 15.) No objections to the R&R were filed and it is adopted. *See Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) ("[D]istrict courts are not required to conduct any review at all . . . of any issue that is not the subject of an objection.").

**IT IS ORDERED** the Report and Recommendation (Doc. 13) is **ADOPTED**. The petition for writ of habeas corpus (Doc. 1) is **GRANTED** to the extent respondents must provide petitioner with a bond hearing, at which respondents must justify petitioner's continued detention by a showing of clear and convincing evidence that petitioner would likely flee or pose a danger to the community if released.

**IT IS FURTHER ORDERED** the bond hearing must be held within seven days of

this order and respondents shall file a notice of compliance within two days of the bond hearing, including the outcome of the bond hearing.

**IT IS FURTHER ORDERED** the Clerk of Court shall enter judgment in favor of petitioner and close this case.

Dated this 27th day of May, 2026.

Honorable Krissa M. Lanham
United States District Judge

- 2 -